IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARA WILLIAMS, | * |
|       Plaintiff, | * |
| v. | Case No. 5:24-cv-00471-TES-ALS |
| | * |
| Commissioner TYRONE OLIVER and Warden KAREN FLOWERS, | * |
|       Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated 3/10/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of March, 2025.

                                                    David W. Bunt, Clerk

                                                    s/ Raven K. Alston, Deputy Clerk